PER CURIAM
 

 For the reasons assigned in our opinion in
 
 Angela Jackson v. Family Dollar Stores of Louisiana, Inc., et al.
 
 , 18-0170 (La. 6/27/18), --- So.3d ----,
 
 2018 WL 3154628
 
 , the judgment of the court of appeal is affirmed insofar as it determined it had jurisdiction to consider this devolutive appeal, although it could not entertain the appeal until the bond was posted. The case is remanded to the court of appeal to determine whether the bond has been posted and, if so, to consider the appeal on the merits.
 

 DECREE
 

 For the reasons assigned, the judgment of the court of appeal is affirmed insofar as it determined it had jurisdiction over this devolutive appeal. The case is remanded to the court of appeal for further proceedings consistent with this opinion.
 

 JOHNSON, Chief Justice, dissents and assigns reasons.
 

 In this case, Kevin Coolidge, was injured in the course and scope of his employment as a mechanic with Austin Butler d/b/a Austin's Auto Salvage ("Austin"). On June 29, 2016, the OWC awarded him benefits, including medical expenses, temporary total disability, and supplemental earnings benefits, and assessed sanctions and attorney's fees against Austin. On August 29, 2016, Austin filed a motion for appeal and the OWC signed the order on September 1, 2016. Neither the motion nor the order specified the type of appeal, and Austin did not request that a bond be set. On September 2, 2016, the OWC issued a notice of appeal indicating the appeal was devolutive. No appeal bond was set. On November 28, 2016, claimant filed the instant motion to dismiss the appeal as untimely based on Austin's failure to post an appeal bond in accordance with La. R.S. 23:1310.5(C). The Court of Appeal granted claimant's motion and dismissed Austin's appeal as premature. The court remanded the case to the OWC for the setting of a bond in compliance with La. R.S. 23:1310.5(C).
 

 I disagree with the majority's holding that the court of appeal has jurisdiction to consider this devolutive appeal. I respectfully dissent for the reasons I assigned in my dissent this day in
 
 Angela Jackson v. Family Dollar Stores of Louisiana
 
 ,
 
 Inc., et al.
 
 , 18-0170 (La. 6/27/18), --- So.3d ----,
 
 2018 WL 3154628
 
 (J, dissenting).